**CITYBROKER ANLAGENVERTRIEBE–GMBH,**
Appellant,

v.

**CITICORP, Appellee.**

No. 00–1035.

United States Court of Appeals,
Federal Circuit.

Jan. 3, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Joyce M. CHOATE, Claimant–**
**Appellant,**

v.

**Hershel W. GOBER, Acting Secretary**
**of Veterans Affairs, Respondent–**
**Appellee.**

No. 99–7201.

United States Court of Appeals,
Federal Circuit.

Jan. 9, 2001.

ORDER

DYK, Circuit Judge.

The Acting Secretary of Veterans Affairs moves without opposition for (1) a stay of proceedings in this court, and (2) a remand to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Acting Secretary's motion to remand is granted.

(2) The Acting Secretary's motion to stay is moot.